1  LUCIAN J. GRECO, JR., ESQ.
   Nevada State Bar No. 10600
2  JARED G. CHRISTENSEN, ESQ.
   Nevada State Bar No. 11538
3  DELEELA M. WEINERMAN, ESQ.
   Nevada State Bar No. 13985
4  BREMER WHYTE BROWN & O'MEARA LLP
   1160 N. TOWN CENTER DRIVE
5  SUITE 250
   LAS VEGAS, NV 89144
6  TELEPHONE:  (702) 258-6665
   FACSIMILE:  (702) 258-6662
7  lgreco@bremerwhyte.com
   jchristensen@bremerwhyte.com
8  dweinerman@bremerwhyte.com

9  Attorneys for Defendant,
   JAMES RIVER INSURANCE COMPANY

10

11          **IN THE UNITED STATES DISTRICT COURT**

12             **FOR THE DISTRICT OF NEVADA**

13  EILEEN MUNGUIA, an individual,        )   Case No. 2:20-cv-01704-APG-BNW
                                          )
14          Plaintiff,                    )   **STIPULATION AND ORDER TO**
                                          )   **DISMISS WITH PREJUDICE**
15       vs.                              )
                                          )
16  JAMES RIVER INSURANCE                 )
    COMPANY, a foreign corporation;       )
17  DOES I through X, inclusive and ROE   )
    BUSINESS ENTITIES I through X,        )
18  inclusive,                            )
                                          )
19          Defendants.                   )

20

21       IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff,

22  EILEEN MUNGUIA, by and through her attorney of record, Ramzy Paul Ladah, Esq.,

23  and Carl R. Houston, Esq., of LADAH LAW FIRM, and Defendant, JAMES RIVER

24  INSURANCE COMPANY, by and through its attorneys of record, Lucian J. Greco,

25  Jr., Esq., Jared G. Christensen, Esq., and Deleela M. Weinerman, Esq. of Bremer

26  Whyte Brown & O'Meara, LLP, that all of Plaintiff's claims against JAMES RIVER

27  INSURANCE COMPANY be dismissed, with prejudice, the parties to each bear their

28  ///

                              1

1256.823  4825-8708-8353.1

1  own fees and costs.

2  Dated this 23rd day of March 2021          Dated this 23rd day of March 2021

3  LADAH LAW FIRM                             BREMER WHYTE BROWN &
                                              O'MEARA, LLP
4

5

6  By: /s/ Carl R. Houston                    By:  /s/ Deleela M. Weinerman
   Ramzy P. Ladah, Esq.                       Lucian J. Greco, Jr, Esq.
7  Nevada Bar No. 11405                       Nevada Bar No. 10600
   Carl R. Houston, Esq.                      Jared G. Christensen, Esq.
8  Nevada Bar No. 11161                       Nevada Bar No. 11538
9  Attorney for Plaintiff.                    Deleela M. Weinerman, Esq.
   Eileen Mungia                              Nevada Bar No. 13985
10                                            Attorneys for Defendant,
                                              James River Insurance Company
11

12

13                              **ORDER**

14                        **IT IS SO ORDERED:**

15  Dated:  April 5, 2021

16
                                    _____
                                    **UNITED STATES DISTRICT JUDGE**
17

18     The **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

19   in 2:20-cv-01704-APG-BNW was submitted by:

20

21  BREMER WHYTE BROWN & O'MEARA LLP

22   /s/ Deleela M. Weinerman
23  Lucian J. Greco, Jr, Esq.
    Nevada State Bar No. 10600
24  Jared G. Christensen, Esq.
    Nevada State Bar No. 11538
25  Deleela M. Ivey Weinerman, Esq.
    Nevada State Bar No. 13985
26  Attorneys for Defendant,
    James River Insurance Company
27

28

                                    2